## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

David Carletti and Brenda Carletti,   :
h/w   :
  :
v.   :   No. 1312 C.D. 2017
  :
Commonwealth of Pennsylvania,   :
Department of Transportation,   :
Appellant   :

## **O R D E R**

NOW, August 21, 2018, having considered appellees' application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge